IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK CUMMINS FRAILEY, ) | |
| ) | Civil Action No. 06 - 47J |
| Plaintiff, ) | |
| ) | Judge Kim R. Gibson / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| CORRECTIONS OFFICER JANE DOE; ) | |
| CORRECTIONS OFFICER JOHN DOE ; ) | |
| CORRECTIONS OFFICER JOHN DOE #2; ) | |
| CORRECTIONS OFFICER JOHN DOE #3; ) | |
| CORRECTIONS OFFICER JOHN DOE #4; ) | |
| WARDEN DONALD OTT; SUPERVISOR ) | |
| DOE; SUPERVISOR DOE #2; COUNSELOR ) | |
| DOE; COUNSELOR DOE #2; BLAIR ) | |
| COUNTY PRISON BOARD ) | |
| ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Plaintiff filed a "Motion to Provide Names or Provide Necessary Information to Identify "Doe" Defendants" (Doc. No. 4) on March 24, 2006.  Only the first page of the document was scanned into the electronic filing system, but the Court understands the premise of Plaintiff's request.  Of the 11 Defendants, 9 are either John or Jane Doe.  Plaintiff is seeking information on all of the Defendants so that he might effectuate proper service.  The Court, however, can not provide Plaintiff with the information he is seeking.  He must make proper service on the known Defendants, Warden Donald Ott and the Blair County Prison Board, and pursue information regarding the unknown Defendants through them.  Therefore,

IT IS HEREBY ORDERED this 18th day of April, 2006, that the "Motion to Provide Names or Provide Necessary Information to Identify "Doe" Defendants" (Doc. No. 4) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

LISA PUPO LENIHAN
United States Magistrate Judge

cc: Mark Cummins Frailey
1137 Dorum Avenue
State College, PA 16801